Ronald L. SCHADE, Appellant,

v.

PHELPS COUNTY SHERIFF'S DEPARTMENT, Defendant,

Thomas L. Nutt, Sheriff, Appellee,

Timothy E. Hoeft, County Attorney; John Doe, Officers 1–3; John Doe, Jailer–Officer; Unknown Offner, Judge, Defendants,

Brad Butler, Jailer, Appellee,

Russ Nedreg, Jailer, Defendant,

Penny Gregg, Sheriff; County of Phelps, Nebraska; County Jail of Phelps County, Nebraska; Unknown Deputies and Jailers, County Jail of Phelps County, Nebraska, Appellees,

Steven Jensen, of the Sheriff's Department of Buffalo County, Nebraska, Individually, And in His Official Capacity; Beth Sheiers, Deputy Sheriff for Buffalo County, Nebraska, Individually and In Her Official Capacity; David Butler, Deputy Sheriff for Buffalo County, Nebraska; Individually, and In His Official Capacity; Buffalo County, Nebraska, A Political Subdivision As Such, And As Respondent Superior; Connie Johnson, Jailer, Phelps County Jail, Individually, And In Her Official Capacity; Aaron Pistulka, Jailer, Phelps County Jail, Individually, And In His Official Capacity; Janice Groth, Jailer, Phelps County Jail, Individually, And In Her Official Capacity; Joyce Way, Sergeant, Phelps County Jail, Individually, And In Her Official Capacity; Bryan Hanson, Deputy Sheriff of Phelps County, Nebraska, Individually And In His Official Capacity; Gene Samuelson, Deputy Sheriff of Phelps County, Nebraska, Individually And In His Official Capacity, Defendants.

No. 04–3794.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 12, 2005.

Ronald L. Schade, Kearney, NE, pro se.

Vincent Valentino, Angle & Murphy, York, NE, for Defendant and Appellees.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Nebraska inmate Ronald L. Schade appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and considered the parties' arguments, see Jolly v. Knudsen, 205 F.3d 1094, 1096 (8th Cir.2000) (standard of review), we find no basis for reversal. We also deny Schade's motion for appointment of counsel.

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.